IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Century Aluminum of South Carolina, Inc., ) | Civil Action No. 2:17-cv-274-RMG |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT SOUTH CAROLINA** |
| vs. ) | **PUBLIC SERVICE AUTHORITY'S** |
| ) | **MOTION TO DISMISS** |
| South Carolina Public Service Authority, ) | |
| ) | |
| Defendant. ) | |

The undersigned counsel for Defendant South Carolina Public Service Authority ("Santee Cooper" or the "Authority"), respectfully moves this Court for dismissal of this action pursuant to Rule 12(b)(6) of the Federal Rule of Civil Procedure for failure to state a claim upon which relief may be granted for the following reasons:

(1) The state action immunity doctrine established in *Parker v. Brown*, 317 U.S. 341 (1943), immunizes the Authority from federal and state antitrust claims;

(2) Tying is not possible as a matter of law under South Carolina's regulated retail electric service market; and

(3) The South Carolina Unfair Trade Practices Act does not apply to public entities or to actions permitted by state law.

In support of its Motion, the Authority incorporates the accompanying memorandum.

[*signature page attached*]

Respectfully Submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

/s/ Carmen Harper Thomas
B. Rush Smith III
Federal Bar No. 5031
E-Mail: rush.smith@nelsonmullins.com
William C. Hubbard
Federal Bar No. 1988
E-Mail: william.hubbard@nelsonmullins.com
A. Mattison Bogan
Federal Bar No. 9826
E-Mail: matt.bogan@nelsonmullins.com
Carmen Harper Thomas
Federal Bar No. 10170
E-Mail: carmen.thomas@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
(803) 799-2000

J. Michael Baxley
Senior Vice President and General Counsel
Federal Bar No. 1248
E-Mail: mike.baxley@santeecooper.com
South Carolina Public Service Authority
Post Office Box 294601
Moncks Corner, SC  29461
843.761.7044

LOEB & LOEB L.L.P.
Richard M. Lorenzo
901 New York Avenue, N.W.
Suite 300 East
Washington, D.C. 20001
(202) 618-5005
E-Mail: rlorenzo@loeb.com
(pro hac vice to be submitted)

*Attorneys for South Carolina Public Service Authority*

Columbia, South Carolina

March 14, 2017